No. 10–8869 (10A784). LINK *v.* NIXON, GOVERNOR OF MISSOURI, ET AL. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE ALITO, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 15, 2011

No. 10–8967 (10A805). IN RE HALL. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 10–8966 (10A804). HALL *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 16, 2011

No. 10–8973 (10A811). SPISAK *v.* TIBBALS, WARDEN. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KAGAN, and by her referred to the Court, denied. Certiorari denied.

FEBRUARY 18, 2011

No. 09–1159. BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY *v.* ROCHE MOLECULAR SYSTEMS, INC., ET AL. C. A. Fed. Cir. [Certiorari granted, *ante,* p. 1001.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 09–1454. CAMRETA *v.* GREENE, PERSONALLY AND AS NEXT FRIEND OF S. G., A MINOR, ET AL.; and
No. 09–1478. ALFORD, DEPUTY SHERIFF, DESCHUTES COUNTY, OREGON *v.* GREENE, PERSONALLY AND AS NEXT FRIEND OF S. G., A MINOR, ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 960.] Motion of the Acting Solicitor General for leave to participate